Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−17104−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fredy Romero
   214 Elm Street
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−9802

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/27/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 28, 2017
JAN: axg

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-17104-JKS
Fredy Romero                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1              Date Rcvd: Jun 28, 2017
                                Form ID: 148             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
```
db             +Fredy Romero,    214 Elm Street,     Bogota, NJ 07603-1218
pp             +Louis Diaz,    225 Paramus Road,    2nd Floor,    Ridgewood, NJ 07450-2912
516755137      +America's Servicing Company,     PO Box 10388,    Des Moines, IA 50306-0388
516755138      +First Residential Mortgage Svs Corp,    570 Sylvan Avenue,    Englewood Cliffs, NJ 07632-3132
516755142      +MB Construction,    80 Bergen Avenue,    Clifton, NJ 07011-1241
516755141      +MB Construction,    257 N. 19th Street,    East Orange, NJ 07017-5314
516755143       New Century Mortgage Corp,    PO Box 514700 Ste 104,    Los Angeles, CA 90051
516755144      +Phelan Hallinan & Diamond, P.C.,     400 Fellowship Rd, Ste 100,    Mt. Laurel, NJ 08054-3437
516755145      +Providence De Aza,    8518 First Avenue,    North Bergen, NJ 07047-5115
516755146      +Providencia Aza,    501 Blairstown Rd Apt 405,    Tallahassee, FL 32301-3027
516755147      +SLS,    8742 Lucent Blvd.Ste 300,    Littleton, CO 80129-2386
516889078      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2017 21:13:16     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2017 21:13:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jun 28 2017 21:08:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
516755140      +EDI: RMSC.COM Jun 28 2017 21:08:00      Greent Tree Servicing, LLC,    7360 S. Kyrene Road,
                 Tempe, AZ 85283-8432
516757269      +EDI: RMSC.COM Jun 28 2017 21:08:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 5
```
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516755139     ##+GE Money Bank,    4246 South Riverboat Drive,    Salt Lake City, UT 84123-2561
                                                                                        TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Securitized Asset Backed Receivables LLC Trust 2006-NC2, Mortgage Pass-Through Certificates,
               Series 2006-NC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```